September 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOAN HUDSON, INDIVIDUALLY, A/N/F OF CORNENIUS HAWKINS,
Appellant

NO. 14-13-00507-CV                              V.

ORION REAL ESTATE SERVICES, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joan Hudson, Individually, a/n/f of Cornenius Hawkins.

We further order this decision certified below for observance.